UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 14-9141

V. : CRIMINAL ACTION

: ORDER OF RELEASE

Amy Logan :

The Court orders the defendant, __Amy Logan__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

X _____Amy Logan_____  
**DEFENDANT**                               **DATE**

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____  
ANTHONY R. MAUTONE  
U.S. MAGISTRATE JUDGE

8/21/14  
**DATE**

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____  
U.S. PRETRIAL SERVICES OFFICER